

# NUMBER 13-22-00456-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**CHINARA BUTLER,**                                                    **Appellant,**

**v.**

**DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF MORGAN
STANLEY ABS CAPITAL INC., TRUST
2007-HE7 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-HE7,**                                  **Appellee.**

---

### On appeal from the County Court at Law No. 1
### of Jefferson County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Tijerina

The cause is before the court on its own motion.[1]

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

On October 24, 2022, the Clerk of the Court notified appellant that they were delinquent in remitting a $205.00 filing fee. The Clerk of the Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
19th day of January, 2023.

2